IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| CLARENCE EARL EGAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 1:09-cv-1009-ID |
| | ) | |
| | ) | |
| OFFICER LYNN, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

The Magistrate Judge entered a Recommendation (Doc. No. 24) in this case to which no timely objections have been filed. After a review of the Recommendation, and after an independent review of the entire record, the Court believes that the Recommendation should be adopted. Accordingly, it is

ORDERED that the RECOMMENDATION of the Magistrate Judge is ADOPTED. It is further

ORDERED that Defendants' Motion to Dismiss (Doc. No. 22) is GRANTED to the extent Defendants seek dismissal of this case due to Plaintiff's failure to properly exhaust an administrative remedy currently available to him at the Coffee County Jail. It is further

ORDERED that this case is DISMISSED without prejudice pursuant to the provisions of 42 U.S.C. § 1997e(a) due to the Plaintiff's failure to exhaust administrative remedies.

Done this 17th day of March, 2010.

                /s/ Ira DeMent
                SENIOR UNITED STATES DISTRICT JUDGE